IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Vannessa R Butler-Carter | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.: 25-10982 DJB |

### OBJECTION TO PROOF OF CLAIM #6-1
### FILED BY AMERICREDIT FINANCIAL SERVICES

Debtor, Oran Sonino, by their attorney Brad J. Sadek, hereby objects to the Proof of Claim No. 6-1 filed on behalf of AMERICREDIT FINANCIAL SERVICES, and in support thereof avers the following:

1. Debtor filed a Chapter 13 Bankruptcy Petition on March 12, 2025.

2. Creditor, AMERICREDIT FINANCIAL SERVICES, filed an unsecured Proof of Claim (#6-1) on March 28, 2025 in the amount of $10,476.44. See Exhibit "A."

3. By 42 Pa. Consol. Stat. § 5525(a), this debt is outside the four year statute of limitations more than four years prior to the bankruptcy filing.

4. Per the supportive documents included with Proof of Claim #6-1, the last payment on the debtor's account was prior to 2015, more than four years prior the petition date.

5. Since the debt is not legally enforceable against the Debtor, the Proof of Claim of AMERICREDIT FINANCIAL SERVICES should be expunged.

**WHEREFORE**, Debtor, Vannessa R Butler-Carter, by and through the undersigned counsel, respectfully requests this Honorable Court to enter an Order disallowing Proof of Claim #6-1 of AMERICREDIT FINANCIAL SERVICES in its entirety.

Dated: November 5, 2025                      /s/ Brad J. Sadek, Esq.
                                                                  Brad J. Sadek, Esquire
                                                                  Attorney for the Debtor(s)
                                                                  1500 JFK Blvd, Suite 220
                                                                  Philadelphia, PA 19102