**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vannessa R Butler-Carter | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania | | |
| Case number | 25-10982-DJB-13 | | |

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
AmeriCredit Financial Services, Inc. dba GM Financial
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From Whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

AmeriCredit Financial Services, Inc. dba GM Financial
AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

Contact phone (877) 203-5538
Contact email _____

Where should payments to the creditor be sent? (if different)

AmeriCredit Financial Services, Inc. dba GM Financial
AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

Contact phone (877) 203-5538
Contact email _____

Uniform claim identifier (if you use one)
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
[X] No
[ ] Yes.  Claim number on court claims registry (if known) _____   Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes. Who made the earlier filing? _____

---

Official Form 410                    **Proof of Claim**                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | [ ] No<br>[X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    5177 |
|---|---|---|

| 7. | How much is the claim?<br><br>**CLAIMANT RESERVES THE RIGHT TO AMEND CLAIM** | **\*\*$10,476.44** | **Does this amount include interest or other charges?**<br>[ ] No<br>[X] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Deficiency Claim |
|---|---|---|

| 9. | Is all or part of the claim secured? | [X] No<br>[ ] Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>[ ] Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim<br>[ ] Motor vehicle<br>[ ] Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:** _____<br>**Amount of the claim that is secured:**    $0.00<br>**Amount of the claim that is unsecured:** $10,476.44    (the sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $0.00<br><br>**Annual Interest Rate**    (When the case was filed)    18.00%<br>[X] Fixed<br>[ ] Variable |
|---|---|---|

| 10. | Is this claim based on a lease? | [X] No<br>[ ] Yes. **Amount necessary to cure any default as of the date of the petition:** _____ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | [X] No<br>[ ] Yes. Identify the property: _____ |
|---|---|---|

Official Form 410    **Proof of Claim**    page 2

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | [X] No | |
|---|---|---|---|
| | | [ ] Yes. *Check one:* | |
| | | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | | [ ] Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | | [ ] Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | | [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | | [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

[X] I am the creditor.

[ ] I am the creditor's attorney or authorized agent.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an autorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   March 27, 2025
                   MM / DD / YYYY

/s/ Mandy Youngblood
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Mandy Youngblood
First name   Middle name   Last name

Title:

Company: AmeriCredit Financial Services, Inc. dba GM Financial

Address:

Contact phone:            Email:

**Itemized Statement Required by Bankruptcy Rule 3001(c)(2)(A) as of Petition Date**

**AmeriCredit Financial Services, Inc. dba GM Financial**

| | |
|---|---|
| Name of Debtor: | **Vannessa R Butler-Carter** |
| Case Number: | **25-10982-DJB-13** |
| Account Number: | **5177** |
| Principal | **10,114.34** |
| + Interest | **0.00** |
| + Late Fees | **0.00** |
| + Related Expense | **362.10** |
| - Sale Proceeds | **0.00** |
| - Refunds | **0.00** |
| - Payments | **0.00** |
| Other Adjustment | **0.00** |
| Total | **10,476.44** |

**Case Number**  25-10982-DJB-13  Vannessa R Butler-Carter
**Account No.**  xxx5177 / 1109401

## *Deficiency Report*

**SaleDate**

| | |
|---|---:|
| Pre-Sale Balance | $10,114.34 |
| Less Gross Sale Price | $0.00 |
| Plus Costs of Sale | |
|     Misc Fees | $362.10 |
| Less Rebates / Refunds | |
| | **$10,476.44** |

1109401

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| JOSEPH L CARTER<br>206 WINGATE RD<br>UPPER DARBY PA 19082 DELAWARE | VANNESSA BUTLER<br>206 WINGATE RD<br>UPPER DARBY PA 19082 DELAWARE | MILLERS INC.<br>300 BALTIMORE PIKE<br>SPRINGFIELD PA 19064- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2011 | DODGE TRUCK JOURNEY | | 3D4PG1FG1B1516090 | [X] personal, family or household<br>[ ] business<br>[ ] agricultural [ ] _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 4328.04 |
|---|---|---|---|---|
| 18.00 % | $ 15524.34 | $ 23749.50 | $ 39273.84 | $ 43601.88 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 545.47 | Monthly beginning 06/13/2011 |

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% per month of the part of the payment that is late, figured based on a full calendar month for any part of a month that is more than 10 days.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the Insurance you want and sign below:**
**Optional Credit Insurance**
[ ] Credit Life: [ ] Buyer [ ] Co-Buyer [ ] Both
[ ] Credit Disability (Buyer Only)
Premium:
Credit Life $ _____ N/A _____
Credit Disability $ _____ N/A _____
Insurance Company Name
_____ N/A _____
Home Office Address _____ N/A _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance and credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 1518.54 sales tax) ........... $ 27827.54 (1)
2 Total Downpayment =
  Trade-In _____ _____ _____
         (Year)  (Make)  (Model)
  Trade-In _____
         (VIN)
  Gross Trade-In Allowance ........ $ N/A
  Less Pay Off Made By Seller ..... $ N/A
  Equals Net Trade In ............. $ N/A
  + Cash .......................... $ 3328.04
  + Other FACTORY REBATE .......... $ 1000.00
  (If total downpayment is negative, enter "0" and see 4H below)
                                        $ 4328.04 (2)
3 Unpaid Balance of Cash Price (1 minus 2) .......... $ 23499.50 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to Insurance
    Company or Companies
    Life      Term  N/A  $ N/A
    Disability Term N/A  $ N/A    $ N/A
  B Other Optional Insurance Paid to Insurance Company or Companies
    (Describe) N/A  Term N/A  $ N/A
    (Describe) N/A  Term N/A  $ N/A
  C Official Fees Paid to Government Agencies
    to N/A         for N/A       $ N/A
    to STATE OF PA for TIRE TAX  $ 5.00
    to STATE OF PA for TEMP TAG  $ 13.50
  D Optional Gap Contract                  $ N/A
  E Government Taxes Not Included in Cash Price  $ N/A
  F Government License and/or Registration Fees
    REG = $ 51.00                          $ 51.00
  G Government Certificate of Title Fees /ENCUMB FEE
    (includes $ 5.00 security interest recording fee) $ 27.50
  H Other Charges (Seller must identify who is paid and
    describe purpose)
    to N/A         for Prior Credit or Lease Balance  $ N/A
    to N/A         for N/A                $ N/A
    to MILLERS INC for DOC FEE            $ 123.00
    to N/A         for N/A                $ N/A
    to N/A         for N/A                $ N/A
    to CVR         for ONLINE REG FEE     $ 30.00
    Total Other Charges and Amounts Paid to Others on Your Behalf  $ 250.00 (4)
5 Amount Financed (3 + 4) ................. $ 23749.50 (5)
6 Finance Charge ......................... $ 15524.34 (6)
7 Total of Payments-Time Balance (5 + 6) ... $ 39273.84 (7)

**Other Optional Insurance**
[ ] N/A _____ N/A
     Type of Insurance    Term
Premium $ _____ N/A _____
Description of Coverage
_____ N/A _____
Insurance Company Name
_____ N/A _____
Home Office Address _____ N/A _____

[ ] N/A _____ N/A
     Type of Insurance    Term
Premium $ _____ N/A _____
Description of Coverage
_____ N/A _____
Insurance Company Name
_____ N/A _____
Home Office Address _____ N/A _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X _____
Buyer Signature                  Date

X _____
Co-Buyer Signature               Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** [ ] You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
N/A _____, Year _____. SELLER'S INITIALS _____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term _____ N/A _____ Mos.  N/A _____
                                  Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

### NOTICE TO BUYER.
### DO NOT SIGN THIS CONTRACT IN BLANK.
### YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN.
### KEEP IT TO PROTECT YOUR LEGAL RIGHTS.

Buyer Signs X _____ Date 04/29/11  Co-Buyer Signs X _____ Date 04/29/11

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 04/29/11  Co-Buyer Signs X _____ Date 04/29/11

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Address _____

Seller Signs _____ Date 04/29/11  By X _____ Title BUS MGR

Seller assigns its interest in this contract to AMERICREDIT FINANCIAL SERVICES (Assignee) under the terms of Seller's agreement(s) with Assignee.

[ ] Assigned with recourse   [X] Assigned without recourse   [ ] Assigned with limited recourse
MILLERS INC.                                                    BUS MGR
Seller                                  By _____              Title

FORM NO. 553-PA (REV ...)

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the cost of the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. The term "heavy commercial motor vehicle" means any new or used motor vehicle which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of fifteen thousand (15,000) pounds or more, or (ii) a semi-trailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

      If you don't pay when you owe us money on this contract, we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.
      If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.
      If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.
   h. **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement:** You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. **Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).**

4. **WARRANTIES SELLER DISCLAIMS**
   The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does <u>not</u> apply at all if you bought the vehicle primarily for personal, family, or household use.
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Applicable Law**
   Federal law and the law of the state of the Seller's address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

Form No. 553-PA 1/08



4001 Embarcadero Drive
Arlington, Texas 76014

ACF Application #: 522184169
Please fax completed form to (877) 912-9660.

## ASSIGNMENT

This ASSIGNMENT is attached to and expressly made a part of that certain Retail Installment Contract pertaining to the sale and financing of a motor vehicle (the "Contract") more particularly described as follows:

**Date of Contract**  4-29-2011

**Seller**  Millers Inc

**Buyer(s)**  Joseph L Carter / Vanessa Butler

FOR VALUE RECEIVED, the Seller identified above ("Seller") hereby sells, assigns and transfers to AmeriCredit Financial Services, Inc., its successors and assigns ("AmeriCredit"), Seller's entire right, title and interest in and to the Contract and authorizes AmeriCredit to do every act and thing necessary to collect and discharge obligations arising out of or incident to the Contract. The Assignment of the Contract shall be WITHOUT RECOURSE to the Seller unless noted below. Seller acknowledges that, notwithstanding anything to the contrary contained in said Contract, including references in the Contract to assignees other than AmeriCredit, if any, this Assignment shall be effective to transfer Seller's rights in the Contract to AmeriCredit.

Dealer-Seller: Millers Inc

By: _____

Date: 4-29-2011

Assignment of the Contract shall be WITHOUT RECOURSE unless noted below.

Dealer-Seller and AmeriCredit must initial _____

Our File No.: 384286
Apothaker Scian P.C.
By: David J. Apothaker, Esquire
Attorney I.D.# 38423
520 Fellowship Road Suite C306, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215
Attorney for Plaintiff

|  |  |
|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL<br><br>    Plaintiff<br>vs.<br>JOSEPH CARTER AND VANNESSA BUTLER<br><br>    Defendant | COURT OF COMMON PLEAS OF DELAWARE COUNTY<br><br>NO.: 2015-1768<br><br>Civil Action |

## PRAECIPE FOR DEFAULT JUDGMENT

TO THE PROTHONOTARY:

Kindly enter judgment against Defendants, JOSEPH CARTER AND VANNESSA BUTLER, in the default of an Answer, in the amount of $10,476.44 computed as follows:

| | | |
|---|---|---:|
| Amount claimed in complaint: | $ | 10,114.34 |
| Less: Amount Paid: | | ( 0.00) |
| Plus: Costs | | 362.10 |
| Attorney fees | | 0.00 |
| TOTAL | $ | 10,476.44 |

I certify that Defendants, JOSEPH CARTER AND VANNESSA BUTLER, last known address is 254 S BAYBERRY LN UPPER DARBY, PA 19082.

David J. Apothaker, Esq.
Attorney for Plaintiff

