IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Vannessa R Butler-Carter | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.: 25-10982 DJB |

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of the Debtor's Objection to Proof of Claim #6-1, filed by AMERICREDIT FINANCIAL SERVICES it is hereby:

ORDERED AND DECREED that Proof of Claim #6-1 is disallowed in its entirety.

Further Ordered:

Dated:                                 HONORABLE JUDGE DEREK J. BAKER
                                        UNITED STATES BANKRUPTCY JUDGE