IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Vannessa R Butler-Carter | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.: 25-10982 DJB |

# **CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim was served on the following parties by electronic means and/or regular US mail on March 17, 2025:

**Kenneth West, Esq.**
Standing Chapter 13 Trustee

**AMERICREDIT FINANCIAL SERVICES**
**DBA GM Financial**
PO Box 183853
Arlington, TX 76096
Att: Many Youngblood

--

801 Cherry Street
Suite 3500
Fort Worth, TX 76102
Att: Brian J. Ricker, CEO


Date: March 17, 2025

/s/ Brad J. Sadek
Brad J Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102
215-545-0008